This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

Dated: December 3, 2024

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 24-12499 |
| **BATTLE AXE CONSTRUCTION LLC** | Chapter 11 |
| Debtor and Debtor in Possession | Subchapter V |
| | Judge Beth A. Buchanan |

### ORDER GRANTING APPLICATION AUTHORIZING THE EMPLOYMENT OF GOERING & GOERING, LLC AS ATTORNEYS FOR THE DEBTOR (DOC. #5)

   This matter is before the Court on the Application of the Debtor to employ Goering & Goering, LLC as its attorneys pursuant to U.S.C. Sec.327(a).  (Doc. #5)

   Notice was given and no objections to the application were filed.

   The Court has considered the request contained in the motion and finds it to be well taken.

Accordingly, the Court hereby ORDERS as follows:

Goering & Goering shall be employed as Debtor's attorneys and represent them in the Chapter 11 Subchapter V case as their counsel to perform the extensive legal services that will be necessary.

Further, Debtor shall pay to Goering & Goering, LLC its customary hourly rates. These rates are subject to change, usually on a yearly basis, and Goering & Goering, LLC shall provide notice of updated rates on a yearly basis. The attorney primarily responsible for this case will be Eric W. Goering ($550/hr), Robert A. Goering ($600/hr), and Alexis Mize ($350/hr) and paralegal rates ($175/hr).

IT IS SO ORDERED.


*/s/ Eric W. Goering*
Eric W. Goering


Copies to: Default list

United States Bankruptcy Court
Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 24-12499-bab |
| Battle Axe Construction LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-1 | User: ad | Page 1 of 2 |
| Date Rcvd: Dec 04, 2024 | Form ID: pdf01 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Battle Axe Construction LLC, 11435 Sebring Drive, Cincinnati, OH 45240-2797 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Alexis Michele Mize
                        on behalf of Debtor In Possession Battle Axe Construction LLC alexismize@goering-law.com
                        goering.ericr102833@notify.bestcase.com;alexis@ecf.courtdrive.com

Andrew Schock
                        on behalf of Other Professional U.S. Bank Equipment Finance anschock@jacksonkelly.com

Asst US Trustee (Cin)
                        ustpregion09.ci.ecf@usdoj.gov

Donald W Harper, II
                        on behalf of Creditor Ohio Department of Taxation bankruptcy@gilesharper.com

Donald W. Mallory
                        DWMallory@woodlamping.com  cdwm11@trustesolutions.net

Eric W Goering

| District/off: 0648-1 | User: ad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: pdf01 | Total Noticed: 1 |

Eric W Goering
    on behalf of Debtor In Possession Battle Axe Construction LLC eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

    on behalf of Debtor In Possession BAC Hauling & Transport LLC eric@goering-law.com eric@ecf.courtdrive.com;goering.ericr102833@notify.bestcase.com

Jeffrey B Sams
    on behalf of Creditor COLUMBUS EQUIPMENT COMPANY jsams@jeffsamslaw.com

Jonathan D'Andrea
    on behalf of Creditor Caterpillar Financial Services Corporation Jack.D'Andrea@thompsonhine.com jzurn@brouse.com;tpalcic@brouse.com;athreatt@brouse.com

Jonathan D'Andrea
    on behalf of Creditor Caterpillar Financial Commercial Account Corporation Jack.D'Andrea@thompsonhine.com jzurn@brouse.com;tpalcic@brouse.com;athreatt@brouse.com

Joseph Michael McCandlish
    on behalf of Creditor Small Business Administration Joseph.McCandlish@usdoj.gov colecfsdo@weltman.com;CaseView.ECF@usdoj.gov;stephanie.crosson@usdoj.gov;katherine.hartung@usdoj.gov;nicole.burczyk@usdoj.gov

Michael A Galasso
    on behalf of Creditor CenterBank mgalasso@rkpt.com bbass@rkpt.com

Robert A Goering, Sr
    on behalf of Debtor In Possession Battle Axe Construction LLC bob@goering-law.com tonya@ecf.courtdrive.com

Ryan Steven Lett
    on behalf of U.S. Trustee Asst US Trustee (Cin) ryan.lett@usdoj.gov

TOTAL: 14